524 A.2d 896

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Jack D. GROSSMAN, Petitioner.**

Supreme Court of Pennsylvania.

April 21, 1987.

## ORDER

PER CURIAM.

AND NOW this 21st day of April, 1987, the petition for allowance of appeal is granted limited to the question

378

whether the breadth of the search warrant in this case requires the suppression of some or all of the evidence seized by the police in their execution of the warrant.